IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE JOHN M. CARTER, | ) ) ) ) ) ) ) | 8:11AD20 |
| Respondent. | | REFERRAL ORDER |

IT IS ORDERED that this case is referred to Magistrate Cheryl R. Zwart for findings and recommendations.

DATED this 23rd day of November, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief United States District Judge