IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DISTRICT OF NEBRASKA,** | ) | CASE NO. 8:11AD20 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOHN M. CARTER,** | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons set out in the Findings and Recommendation (Filing No. 7), which this Court adopts in their entirety,

IT IS ORDERED:

1. The Respondent, John M. Carter, has failed to show cause why he should not be disbarred from practice before the United States District Court for the District of Nebraska; and

2. The Respondent, John M. Carter, is disbarred from practice before this court in accordance with Nebraska General Rule 1.8 (e).

DATED this 24th day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge