| | |
|---|---|
| **From:** | NEDdb_8th_Circuit |
| **Sent By:** | Troy Lieberth |
| **To:** | Susie Cordero |
| **Subject:** | Fw: 12-9001 In re: John M. Carter "Judge Order Filed sua sponte disbar attorney" |
| **Date:** | 03/20/2012 10:35 AM |

Susie,

The attached order is for filing in case 8:11ad20 - I have it saved to ending digit 0 as well. Thank you!

Troy

----- Forwarded by Troy Lieberth/NED/08/USCOURTS on 03/20/2012 10:34 AM -----

**12-9001 In re: John M. Carter "Judge Order Filed sua sponte disbar attorney"**

**8cc-cmecf-nda** to:

03/20/2012 10:07 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 03/20/2012

| | |
|---|---|
| **Case Name:** | In re: John M. Carter |
| **Case Number:** | 12-9001 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER:There has been no response to the court's show cause order of 2/27/12, requiring John M. Carter to show cause as to why his name should not be stricken from the roll of attorneys of this court and his membership in the Bar of the court forfeited. The clerk of the court is, accordingly, hereby directed to strike the name of John M. Carter from the roll of attorneys. [3891921] [12-9001] (Pam Agathen)

**Notice will be electronically mailed to:**

Ms. Denise M. Lucks, Clerk of Court: docket@ned.uscourts.gov

**Notice will be mailed to:**

John M. Carter
Suite 306
421 W. Broadway
Council Bluffs, IA 51503-0000

The following document(s) are associated with this transaction:
**Document Description:** Disbar Attorney
**Original Filename:** /opt/ACECF/live/forms/pagathen_129001_3891921_DisbarAttorney_408.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/20/2012] [FileNumber=3891921-0]
[7c0d5452ae90d6680b04e623894c8aad051da39e06a39f1f88db2f84ffbd2aadb5b60990a3a27f0ef76c1328a73e8ce88da1d79adf5e2f251e9f0bb42f9da131]]

**Recipients:**
- John M. Carter
- Ms. Denise M. Lucks, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3891921
**RELIEF(S) DOCKETED:**
   disbar attorney
**DOCKET PART(S) ADDED:** 4577341, 4577342, 4577343

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-9001

In re: John M. Carter

**ORDER ON ATTORNEY DISCIPLINE**

There has been no response to the court's show cause order of February 27, 2012, requiring John M. Carter to show cause as to why his name should not be stricken from the roll of attorneys of this court and his membership in the Bar of the court forfeited.

The clerk of the court is, accordingly, hereby directed to strike the name of John M. Carter from the roll of attorneys.

March 20, 2012

Order Entered at the Direction of Chief Judge William J. Riley:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
                /s/ Michael E. Gans